296 U.S. 620
 56 S.Ct. 141
 80 L.Ed. 440
 Charles Lee COGGIN, Trustee in Bankruptcy of W. Ellison GRAHAM, petitioner,
v.
HARTFORD ACCIDENT & INDEMNITY COMPANY, a Connecticut Corporation.*
 No. 378.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Charles Lee Coggin, pro se, for petitioner.
 
 
 1
 For opinion below, see 78 F.(2d) 471.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 169, 80 L. Ed. 472.